UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 12, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | Case No. CR S-07-0266 FCD |
| Plaintiff,    ) | |
| v.                              ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SENG VUE ,                  ) | |
| ) | |
| Defendant.        ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SENG VUE , Case No.   CR S-07-0266 FCD

, Charge  18 USC §§ 371; 960; 956; 2332  , from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

X    Bail Posted in the Sum of $ 470,000

    X    Unsecured Appearance Bond *to be replaced by a secured bond within ten days.*

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    X    (Other)  *Pretrial Services Supervision of Conditions of Release.*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  7/12/07  at  6:45 pm .

By  _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge