**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Seng Vue

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br>             Plaintiff ) <br> ) <br>      vs. ) <br> ) <br> ) <br> SENG VUE ) <br> ) <br> ) <br>             Defendant ) <br> ) | No. Cr.S-07-266 FCD <br><br> WAIVER OF PERSONAL APPEARANCE <br><br> ORDER |

The defendant, Seng Vue, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present;

-1-

and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

This matter has been previously declared complex within the meaning of 18 U.S.C. 3161(H)(8)(B)(ii) and Local Code T2. Moreover, because of the sheer size of the record, additional time is required for attorney preparation as authorized by 18 U.S.C. 3161 (H)(8)(ii) and Local Code T4.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Section 3161 – 3174 (Speedy Trial Act) and has authorized his attorney to set times and delays under the provisions of that Act without defendant being present.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 22, 2007.

```
                                /S/MICHAEL B. BIGELOW
                                Michael B. Bigelow
                                Attorney for Defendant

                                /s/SENG VUE
                                Defendant
```

**ORDER**

**IT IS SO ORDERED**

DATED: July 23, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE