**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Seng Vue

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> SENG VUE ) <br> ) <br> ) <br> Defendant ) <br> _____ ) | No. Cr.S-07-266 FCD <br><br> STIIPULTION AND ORDER TO <br> MODIFY CONDITIONS OF RELEASE |

It is hereby stipulated and agreed between the parties, defendant Seng Vue, through his counsel, Michael B. Bigelow and the United States, through its counsel, Robert Twiss, that the conditions of pretrial release for defendant Seng Vue be modified as follows:

Defendant Seng Vue will be subject to a curfew between the hours of 7:00 PM and 6:30 AM. During that time period he will continue to be subject to Electronic Monitoring. Pre-Trial Services will evaluate and determine whether the cost of electronic monitoring will be borne by Pre-Trial Services due to the fact Mr. Seng Vue is elderly, unemployed and indigent.

Defendant Seng Vue is required to continue to reside at his current residence he may not leave that residence or be absent therefrom during the specified hours unless he first obtains advance authorization and approval from the pre-trial services officer.

Between the hours of 6:30 AM and 6:30 PM, defendant Seng Vue may attend Church, keep appointments, attend meetings with Social Services, make bank visits, and any other appointments that require his presence and or signature. In addition, he may take exercise by taking walks in around his neighborhood and other locals. Defendant Seng Vue may visit regularly with family members and close friends, and be visited by them at his residence, for special occasions such as birthday parties, anniversary dinners and evening prayers. (If the latter event(s) occur(s) past the 6:30 PM curfew, defendant Seng must seek and obtain prior authorization from the pre-trial services officer.) Defendant Seng will also be permitted to participate in the caretaking of his various grandchildren, including taking them to school in the morning, and picking them up in the evening. He will be permitted to attend and participate in the Hmong New Year during the period between December 23-30, 2007, in Fresno, California in his capacity as a Hmong Elder.

Defendant Seng Vue's restriction of the landline telephone will be restricted to the seeking of medical care, conversing

with counsel, and speaking with immediate family members and other persons approved by pre-trial services.

Defendant Seng Vue is to provide the pre-trial service officer with a list of the phone numbers of immediate family members. Pre-trial services may restrict the number of family members and other persons defendant Seng Vue may have at his residence or speak to by telephone at their discretion.

These modifications permit defendant Seng Vue to leave his residence during the specified hours at his discretion unless restricted by the pre-trial services officer at his discretion.

This modification will permit defendant Seng Vue to associate with, and speak by telephone to, persons who are not family members at the discretion of and with the approval of the pretrial services officer, instead of being restricted to associate and speak by phone with only family members. This modification does not affect special conditions that continue to bar defendant Seng Vue from associating with or having any contact with any co-defendant outside the presence of counsel.

These modifications and proposed stipulation have been reviewed by pre-trial services officers Gina Faubion and Monty Olson.

/////

/////

These modifications shall remain in effect for 60 days from the date the order is entered on the docket and shall be re-evaluated at that time to determine if it should be continued and modified.

```
DATED November 30, 2007        Respectfully submitted,

                               /S/MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant
                               Seng Vue
```

**IT IS SO STIPULATED:**

```
/S/ROBERT TWISS
Robert Twiss, Esq.                        November 30, 2007
Assistant United States Attorney


/S/MICHAEL B. BIGELOW                     November 30, 2007
Michael B. Bigelow, Esq.,
Attorney for Defendant
Seng Vue
```

**ORDER**

**IT IS SO ORDERED**

**DATED:  December 3, 2007.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vue0266.stipord

-4-