**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Seng Vue

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. Cr.S-07-266 FCD |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | STIIPULATION AND ORDER TO |
| | ) | MODIFY CONDITIONS OF RELEASE |
| SENG VUE, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

It is hereby stipulated and agreed between the parties, defendant Seng Vue, through his counsel, Michael B. Bigelow and the United States, through its counsel, Robert Twiss, that the conditions of pretrial release for defendant Seng Vue be modified as follows and for the reasons stated:

Defendant is on pretrial release on an Appearance Bond in the amount of $470,000, secured by a combination of Deeds of Trust and equities in four real properties owned by four different sureties.

Due to the slump in the housing market and financial difficulties brought about by the current mortgage industry

crisis, it has become necessary for one of those sureties, Shaeng Vue and Long Moua, who reside at 1983 Everglade Ave., Clovis, CA. 93619, to sell their property. In order to sell their property it is necessary that said property is free from the encumbrance imposed upon by its present status as partial security for Mr. Vue's appearance bond. The stated amount of equity in that property, and the amount of equity it represents to the security of defendant's release bond, is approximately $30,000.

Pursuant to stipulation between the parties, it is agreed that the real property at 1983 Everglade Ave., Clovis, CA. 93619, belonging to Shaeng Vue and Long Moua, shall be re-conveyed to trustors Sheang Vue and Long Moua.

It is further agreed and stipulated that Shaeng Vue and Long Moua shall no longer be designated as surety to the appearance bond in the above reference matter.

It is further stipulated and agreed that the remaining properties (listed below) shall constitute adequate security for the previously ordered release on bond.

    Blia Vue and Robert Nguyen
    San Jose, CA 95148   3239 Fieldgate Court
    Equity = $400,000 (Approximately)

    Ben Vue and Mai Thao
    5773 E. Christine Ave.
    Fresno, CA 93727
    Equity = $20,000 (Approximately)

```
    Noua Xyong
    4581 E. White
    Fresno, CA 93702
    Equity = $20,000 (Approximately)
```

It is also stipulated and agreed that Seng Vue will no longer be subject to curfew, and will no longer be subject to Electronic Monitoring. This modification in Mr. Vue's pre-trial conditions for release is for health reasons as set forth below.

As the parties and this Court is aware, Mr. Vue is elderly and not in good health. During the course of his incarceration, prior to his release, he suffered a stroke and was briefly hospitalized.

Approximately six weeks ago he suffered another stroke and was again hospitalized. Although he has returned home, Mr. Vue has not fully recovered, and in fact it is unlikely that he will ever fully recover. (The undersigned has noted a marked change in Mr. Vue. He is slower to respond, his speech is halting and his gait appears uncertain.)

Monty Olson from Pre-Trial Services has been consulted and agrees that, for medical reasons, curfew and ankle monitoring are no longer required.

Defendant Seng Vue shall continue to reside at his current residence.

Defendant Seng Vue may continue to visit regularly with family members and close friends, and be visited by them at his

residence, for special occasions such as birthday parties, anniversary dinners and evening prayers.

Defendant Seng Vue's use of landline telephones will be restricted to the seeking of medical care, conversing with counsel, and speaking with immediate family members and other persons approved by pre-trial services.

Defendant Seng Vue is to provide the pre-trial service officer with a list of the phone numbers of immediate family members. Pre-trial services may restrict the number of family members and other persons defendant Seng Vue may have at his residence or speak to by telephone at their discretion.

This modification does not affect special conditions that continue to bar defendant Seng Vue from associating with or having any contact with any co-defendant outside the presence of counsel.

These modifications and proposed stipulation have been reviewed by pre-trial services officers Gina Faubion and Monty Olson.

These modifications shall remain in effect for 60 days from the date the order is entered on the docket and shall be

///

///

///

re-evaluated at that time to determine if it should be continued and modified.

DATED March 15, 2008          Respectfully submitted,


                              /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Defendant
                              Seng Vue

**IT IS SO STIPULATED:**


/S/ROBERT TWISS
Robert Twiss, Esq.                          March 15, 2008
Assistant United States Attorney



/S/MICHAEL B. BIGELOW                       March 15, 2008
Michael B. Bigelow, Esq.,
Attorney for Defendant
Seng Vue


                              **ORDER**


**IT IS SO ORDERED**

**DATED: March 17, 2008.**

                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/vue0266.stipord(2)