**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Seng Vue

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. CR.S-07-266 FCD |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO EXONERATE BOND; |
| | ) | REQUEST FOR RECONVEYANCE |
| SENG VUE | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

　　The above captioned matter having been dismissed, bail is hereby exonerated and the Deed of Trust made July 20, 2007 relative to 5773 E Christine Ave, Fresno, CA 93727-6149, Bee Vue and Mai Thao, Trustor is to be reconveyed.

DATED January 17, 2011.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/S/MICHAEL B. BIGELOW
　　　　　　　　　　　　　　　　　　　Michael B. Bigelow
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**IT IS SO ORDERED.**

DATED: January 18, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE