**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Seng Vue

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. CR.S-07-266 FCD |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | MOTION TO EXONERATE BOND; |
| ) | REQUEST FOR RECONVEYANCE |
| SENG VUE ) | **ORDER** |
| ) | |
| ) | |
| Defendant ) | |

The above captioned matter having been dismissed, bail is hereby exonerated and the Deed of Trust made July 20, 2007 relative to 3239 Fieldgate Court, San Jose, CA 95148, Blia Vue and Robert Nguyen, husband and wife as joint tentnats, Trustor, is to be reconveyed.

DATED January 17, 2011.                    Respectfully submitted,

                                           /S/MICHAEL B. BIGELOW
                                           Michael B. Bigelow
                                           Attorney for Defendant

**IT IS SO ORDERED.**

DATED: January 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE