**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Seng Vue

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR.S-07-266 FCD |
| ) Plaintiff ) | |
| vs. ) | MOTION TO EXONERATE BOND; |
| ) | REQUEST FOR RECONVEYANCE |
| SENG VUE ) | **ORDER** |
| ) Defendant ) | |

   The above captioned matter having been dismissed, bail is hereby exonerated and the Deed of Trust made July 20, 2007 relative to 4581 East White, Fresno, CA 93702, Nou Syong Trustor, is to be reconveyed.

DATED January 17, 2011.                    Respectfully submitted,

                                           /S/MICHAEL B. BIGELOW
                                           Michael B. Bigelow
                                           Attorney for Defendant

**IT IS SO ORDERED.**

DATED: January 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE